00-CV-1152

Tue Feb 5 11:06:57 2002

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 86812
Cashier        tanya

Check Number:  90630

DO Code    Div No
  4667       3

Sub Acct Type Tender    Amount
1:5100PL   AR    2       2.68
2:0869PL   AR    2       5.30

Total Amount      $      7.98

SCI WAYMART, WAYMART, PA 18472

PARTIAL FILING FEE 00-CV-1152 JOHN L
EE BROOKS

cn