```
Mon Mar  4 12:19:26 2002

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   333 87154
Cashier       sylviam

Tender Type   CHECK

Check Number: 91172

Transaction Type  AR

DB Code    Div No    Acct
4667       3         0869PL

Amount            $      9.24

SCI WAYMART

PARTIAL FF 00CV1152 BROOKS


Mon Mar  4 12:19:26 2002

Check No. 91172
Amount    $9.24
By any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

24/M
3/5/02

1:00 CV 1152

TERMED